# EXHIBIT A

JOSEPH W. CHARLES (SBN:003038)
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona  85311
Phone: (623) 939-6546 / Fax: (623) 939-6718
Email: attyjcharles@joecharles.com
*Attorney for Plaintiff*



COPY

JUL 3 0 2009

MICHAEL K. JEANES, CLERK
J. GARCIA
DEPUTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARTHA RODRIGUEZ, a single woman,<br><br>             Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. a California corporation licensed to do business in the State of Arizona, MIDFIRST BANK a nationally chartered bank, and their subsidiary MIDLAND MORTGAGE COMPANY, an Oklahoma Corporation licensed to do business in the State of Arizona, WELLS FARGO BANK, N.A., a national banking association licensed to do business in the State of Arizona. TRES AMIGOS PROPERTIES LLC, an Arizona limited liability company, XYZ CORPORATIONS 1-10, JOHN and JANE DOES 1-10, BLACK PARTNERSHIPS 1-10<br>             Defendants. | CV 2009-024416<br><br>CASE NO.:<br><br>COMPLAINT |

COMES NOW, Plaintiff, MARTHA RODRIGUEZ, by and through undersigned counsel, and for her cause of action against Defendants states and alleges as follows:

### PARTIES

1.    Plaintiff is a resident of the State of Arizona, County of Maricopa.

2.    Plaintiff has been the legal owner of certain real property whose common address is 4210 W. Corrine Drive, Phoenix, Arizona 85029 ("the Property").

3.     Defendant Midland Mortgage Company ("Midland") is a subsidiary of the MidFirst Bank, an Oklahoma Corporation licensed to do business in the State of Arizona.

4.     Defendant Midland claimed to be the first mortgage holder of the Property.

5.     Defendant Wells Fargo Bank, N.A. ("Wells Fargo") is a national banking association licensed to do business in the State of Arizona.

6.     Wells Fargo contracted with Plaintiff to provide mortgage financing, as set forth below.

7.     Defendant Quality Loan Service Corporation is a California corporation qualified to do business in Arizona who served in the capacity of trustee in the trustee sale of the subject property.

8.     Tres Amigos Properties LLC, an Arizona limited liability company purport to be purchasers of the property located at 4210 W. Corrine Dr. Phoenix, AZ 85029 by trustee's sale held on July 9th, 2009.

9.     MidFirst Bank is a nationally chartered financial institution.

10.   All Defendants identified as governmental entities, corporations, or other such entities were at all times mentioned herein acting by and through officers, employees, agents, and contractors, who were acting within the course and scope of their employment and authority, such that these governmental entities, corporations, or other such entities are vicariously liable for the tortuous conduct of their officers, agents, employees, and contractors.   Such governmental entities, corporations, or other such entities also are directly liable for their own negligence, recklessness, and other tortuous conduct in the hiring and supervision of the officers, employees, agents, and contractors whose conduct gives rise to this action.

## GENERAL ALLEGATIONS

11.   Plaintiff has utilized the Property as her primary residence.

12.   Plaintiff was notified by Midland that mortgage payments were in arrears and Plaintiff's loan was in default status.

13.   Plaintiff had considerable equity in the Property.

14.    Plaintiff contacted Wells Fargo Bank for the purpose of securing a "reverse mortgage" in which some of the funds from the reverse mortgage would be paid directly to Midland to cure the default.

15.    Plaintiff complied with all requests of Wells Fargo to obtain the reverse mortgage to cure any default for delinquent payments owed on the Property.

16.    Plaintiff was assured by Wells Fargo that Plaintiff qualified for the reverse mortgage and that payment would be made by Wells Fargo to Midland for any delinquent payments on the underlying note, which was secured by the Deed of Trust on the property.

17.    Plaintiff relied upon said representations of Wells Fargo and its employees that she was qualified for the reverse mortgage and that Wells Fargo would make payment to Midland for the delinquent payments from the proceeds of the reverse mortgage.

18.    Plaintiff received on or about July 4, 2009, Exhibit A, a Notice of Eviction.

## COUNT ONE

## LACK OF STANDING BY MIDLAND

19.    Plaintiff believes that Midland was not the holder of the underlying note secured by the deed of trust and therefore did not have standing to conduct a Trustee's Sale.  Therefore, David Bilfeld as purported purchaser cannot be a bona-fide purchaser under the trustee sale.

## COUNT TWO

## BREACH OF CONTRACT BY MIDLAND

20.    Plaintiff requests pursuant to A.R.S. §12-1831, a declaration of her rights pertaining to the Property.

21.    Plaintiff submits that upon information and belief the Notice of Trustee's Sale pursuant to A.R.S. §33-808, *et seq*, was improper.

## COUNT THREE

## BREACH OF FIDUCIARY DUTY BY MIDLAND

22.   Plaintiff restates and incorporates by reference all the allegations set forth in Paragraphs 1-21 of this Complaint.

23.   Defendant Midland owed a fiduciary duty to Plaintiff as her mortgage company.

24.   Midland breached their fiduciary by proceeding with a Trustee's Sale when Plaintiff had notified Midland that Plaintiff had secured financing to cure any defaults.

25.   Plaintiff has suffered emotional and financial damages as a result of said breach of fiduciary duty in an amount to be proven at trial.

## COUNT FOUR

### BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING BY MIDLAND

26.   Plaintiff restates and incorporates by reference all the allegations set forth in Paragraphs 1-25 of this Complaint.

27.   A party to a contract has a duty to act fairly and in good faith.  This duty is implied by law and need not be in writing.  This duty requires that neither party do anything that prevents the other party from receiving the benefits of their agreement.

28.   Defendant Midland has breached the duty of good faith and fair dealing, and Plaintiff is entitled to recover damages proved by the evidence to have resulted naturally and directly from the breach and to recover consequential damages.

## COUNT FIVE

### RESPONDEAT SUPERIOR

29.   All allegations as to Midland are hereby reasserted against Midfirst as the principal of Midland

## COUNT SIX

### NEGLIGENCE BY WELLS FARGO

30.   Plaintiff restates and incorporates by reference all the allegations set forth in Paragraphs 1-29 of this Complaint.

31.   Plaintiff contracted with Wells Fargo to obtain a reverse mortgage and thereby Wells Fargo owed a duty to Plaintiff to act in good faith to secure funding for the reverse mortgage and disburse funds from said reverse mortgage to Defendant Midland to cure any defaults.

32.   Wells Fargo acted negligently, carelessly and in bad faith in processing the reverse mortgage for Plaintiff, which specifically included making payment to Defendant Midland to cure the default.

33.   Plaintiff has suffered emotional and financial damages as a result of the negligence of Wells Fargo in an amount to be proven at trial.

## COUNT SEVEN

## PROMISSORY ESTOPPEL AGAINST WELLS FARGO

34.   Plaintiff restates and incorporates by reference all the allegations set forth in Paragraphs 1-33 of this Complaint.

35.   If the court finds that there was no contract between the Plaintiff and Wells Fargo, promissory estoppel protects the Plaintiff where Wells Fargo induced reasonable, foreseeable, and detrimental reliance on Wells Fargo's promise to save her house from trustee's sale or foreclosure.

36.   Failure to fulfill the promise caused the trustee's sale to occur, the Plaintiff to be without a home, and a significant loss of equity in the home to be proved at trial.

## COUNT EIGHT

## NEGLIGENT MISREPRESENTATION

37.   Plaintiff restates and incorporates by reference all the allegations set forth in Paragraphs 1-36 of this Complaint.

38.   Wells Fargo presented as a fact that their services would stop the trustee's sale.

39.   This fact turned out to be untrue.

40.   This fact was negligently presented to the Plaintiff.

41.   Reliance on this fact caused Plaintiff to not consider other alternatives and as a result suffered the loss of her home and significant equity to be proved at trial.

**WHEREFORE,** Plaintiff prays for Judgment as follows:

A.    As to Counts One and Two, a Judgment declaring the Trustee's Sale void, declaring that David Bilfeld is not a bona fide purchaser and that Plaintiff is the lawful owner of the Property;

B.    As to Counts Three, Four, and Five, special, general and punitive damages against Defendant Midland, in such an amount as shall be determined upon the trial of this action.

C.    As to Counts Six, Seven, and Eight, special, general and punitive damages against Defendant Wells Fargo, in such an amount as shall be determined upon the trial of this action.

D.    As to all Counts, the attorneys fees and costs incurred by Plaintiff in this action including attorneys fees awardable under A.R.S. §12-341.01

E.    For such other and further relief as the Court deems just and proper.

**DATED** this _____ Day of _____, 2009.

JOSEPH W. CHARLES, P.C.

By_____

JOSEPH W. CHARLES
*Attorneys for Plaintiff*

# EXHIBIT B

MICHAEL K. JEANES, CLERK
RECEIVED CCC #5
DOCUMENT DEPOSITORY

09 AUG -5 PM 3: 48

1  JOSEPH W. CHARLES (SBN:003038)
   JOSEPH W. CHARLES, P.C.
2  5704 West Palmaire Avenue
   Post Office Box 1737
3  Glendale, Arizona  85311
   Phone: (623) 939-6546 / Fax: (623) 939-6718
4  Email: attyjcharles@joecharles.com    ORIGINAL    FILED
   *Attorney for Plaintiff*                         BY: *M. Mejia*, DEP.
5

6           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7               IN AND FOR THE COUNTY OF MARICOPA

8                                          CV 2009-024416
   MARTHA RODRIGUEZ, a single
9  woman,                                 CASE NO.:

10                        Plaintiff,      SUMMONS

11 vs.

12 **QUALITY LOAN SERVICE CORP.** a       IF YOU WANT THE ADVICE OF A
   California corporation licensed to do   LAWYER, YOU MAY WISH TO CONTACT
13 business in the State of Arizona,        THE LAWYER REFERRAL SERVICE AT
   **MIDFIRST BANK** a nationally chartered 602-257-4434 OR ON-LINE AT
14 bank, and their subsidiary **MIDLAND**  WWW.LAWYERFINDERS.ORG. LRS IS
15 **MORTGAGE COMPANY,** an               SPONSORED BY THE MARICOPA
   Oklahoma Corporation licensed to do    COUNTY BAR ASSOCIATION
16 business in the State of Arizona, **WELLS**
17 **FARGO BANK, N.A.,** a national banking
   association licensed to do business in the
18 State of Arizona. **TRES AMIGOS**
   **PROPERTIES LLC,** an Arizona limited
19 liability company, **XYZ**
20 **CORPORATIONS 1-10, JOHN and**
   **JANE DOES 1-10, BLACK**
21 **PARTNERSHIPS 1-10**
22                        Defendants.

23
24 **THE STATE OF ARIZONA TO:**  QUALITY LOAN SERVICE CORP.

25 **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time
   applicable, in this action in this Court.  If served within Arizona, you shall appear and defend
   within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
26 of service.  If served out of the State of Arizona C whether by direct service, by registered or
   certified mail, or by publication C you shall appear and defend within 31 days after the service of
27 the Summons and Complaint upon you is complete, exclusive of the day of service.  Where
   process is served upon the Arizona Director of Insurance as an insurer=s attorney to receive
28 service of legal process against it in this state, the insurer shall not be required to appear, answer
   or plead until expiration of 40 days after date of such service upon the Director.  Service by

1    registered or certified mail without the State of Arizona is complete 30 days after the date of
     receipt by the party being served.  Service by publication is complete 30 days after the date of
2    first publication.  Direct service is complete when made.  Service upon the Arizona Motor
     Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return
3    receipt or officer=s Return.  **RCP 4, ARS Sec. 20-222, 28-502, 28-503.**Copies of the pleadings
     filed herein may be obtained by contacting the Clerk of the Superior Court, Maricopa County,
4    located at 201 West Jefferson, Phoenix, Arizona.

5         **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend
     within the time applicable, judgment by default may be rendered against you for the relief
6    demanded in the Complaint.

7         Requests for reasonable accommodation for persons with disabilities must be made to the
     division assigned to the case by parties at least 3 judicial days in advance of a scheduled court
8    proceeding.

9         **YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer
10   or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
     fee, within the time required, and you are required to serve a copy of any Answer or response
11   upon the Plaintiffs' attorney. **Rcp 10(D); ARS Sec. 12-311; RCP 5.**

12        The name and address of Plaintiffs' attorney is:

13                          JOSEPH W. CHARLES
                           5704 W. Palmaire Avenue
14                         Post Office Box 1737
                           Glendale AZ  85311
15                         (623) 939-6546

16
                                                    JUL 3 0 2009
17
                                          MICHAEL K. JEANES, CLERK
18   **SIGNED AND SEALED** this date:

19                                        MICHAEL K. JEANES, CLERK
20
21
22                                                    Deputy Clerk
23
24
25
26
27
28

MICHAEL K. JEANES, CLERK
RECEIVED CCC #5
DOCUMENT DEPOSITORY

**09 AUG -5   PM 3: 48**

HAWKINS and E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

**FILED**
BY M. Mejia , DEP.

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**MARTHA RODRIGUEZ**                                CASE NO. CV2009-024416
    VS
**QUALITY LOAN SERVICE**

STATE OF ARIZONA                        )        AFFIDAVIT OF SERVICE
MARICOPA COUNTY                          )
THE AFFIANT, being sworn, states: That I am a private process server registered in
MARICOPA COUNTY and an Officer of the Court.  On 08/03/09 I received the SUMMONS;
CERTIFICATE OF COMPULSORY ARBITRATION; COMPLAINT; REQUEST FOR PRODUCTION OF
DOCUMENTS AND THINGS;

from JOSEPH W. CHARLES, P.C. and by in each instance I personally served a copy of
each document listed above upon:
QUALITY LOAN SERVICE CORP. A CALIFORNIA CORPORATION LICENSED TO DO BUSINESS IN THE
STATE OF ARIZONA, BY SERVICE UPON ITS STATUTORY AGENT, C.T. CORPORATION SYSTEM on
08/03/09 at 12:45 pm at 2394 E. CAMELBACK ROAD PHOENIX, AZ 85016 MARICOPA COUNTY in
the manner shown below:

by leaving true copy(ies) of the above documents with DUC LE, PROCESS SPECIALIST,
STATED AUTHORIZED TO ACCEPT.

Description: ASIAN, Male, Approx. 35 yrs. of age, 5' 7" tall, Weighing 150lbs.,
BLACK Hair,

DON A. FOUTZ  ACPS                        Affiant
Sworn to before me the  Aug 4, 2009

JoAnn Florez                            Notary

My Commission expires:  02/25/2010

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES       8 | $ | 19.20 |
| SERVICE CHARGE | $ | 5.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 50.20 |

1691274 3088 14
ORIGINAL

AX021691274

**OFFICIAL SEAL**
**JOANN FLOREZ**
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. Feb. 25, 2010

1  JOSEPH W. CHARLES (SBN:003038)
   JOSEPH W. CHARLES, P.C.

2  5704 West Palmaire Avenue
   Post Office Box 1737

3  Glendale, Arizona  85311
   Phone: (623) 939-6546 / Fax: (623) 939-6748

4  Email: attyjcharles@joecharles.com ORIGINAL
   *Attorney for Plaintiff*

MICHAEL K. JEANES, CLERK
RECEIVED CCC #7
DOCUMENT DEPOSITORY

09 AUG -7 PM 1:00

FILED
BY Y. ESCALANTE, DE.

6             IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7             IN AND FOR THE COUNTY OF MARICOPA

8                                             CV 2009-024416

9  MARTHA RODRIGUEZ, a single
   woman,                                     CASE NO.:

10                          Plaintiff,        SUMMONS

11 vs.
                                             IF YOU WANT THE ADVICE OF A
12 QUALITY LOAN SERVICE CORP. a              LAWYER, YOU MAY WISH TO CONTACT
                                             THE LAWYER REFERRAL SERVICE AT
   California corporation licensed to do     602-257-4434 OR ON-LINE AT
13 business in the State of Arizona,         WWW.LAWYERFINDERS.ORG. LRS IS
                                             SPONSORED BY THE MARICOPA
14 MIDFIRST BANK a nationally chartered      COUNTY BAR ASSOCIATION
   bank, and their subsidiary MIDLAND

15 MORTGAGE COMPANY, an

16 Oklahoma Corporation licensed to do
   business in the State of Arizona, WELLS

17 FARGO BANK, N.A., a national banking
   association licensed to do business in the

18 State of Arizona. TRES AMIGOS
   PROPERTIES LLC, an Arizona limited

19 liability company, XYZ

20 CORPORATIONS 1-10, JOHN and
   JANE DOES 1-10, BLACK

21 PARTNERSHIPS 1-10

22                          Defendants.

23
   THE STATE OF ARIZONA TO:  MIDFIRST BANK

24
   **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time
25 applicable, in this action in this Court.  If served within Arizona, you shall appear and defend
   within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
26 of service.  If served out of the State of Arizona C whether by direct service, by registered or
   certified mail, or by publication C you shall appear and defend within 31 days after the service of
27 the Summons and Complaint upon you is complete, exclusive of the day of service.  Where
   process is served upon the Arizona Director of Insurance as an insurer=s attorney to receive
28 service of legal process against it in this state, the insurer shall not be required to appear, answer
   or plead until expiration of 40 days after date of such service upon the Director.  Service by

Page 1 of 2

1  registered or certified mail without the State of Arizona is complete 30 days after the date of
   receipt by the party being served.  Service by publication is complete 30 days after the date of
2  first publication.  Direct service is complete when made.  Service upon the Arizona Motor
   Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return
3  receipt or officer=s Return.  **RCP 4, ARS Sec. 20-222, 28-502, 28-503.**Copies of the pleadings
   filed herein may be obtained by contacting the Clerk of the Superior Court, Maricopa County,
4  located at 201 West Jefferson, Phoenix, Arizona.

5      **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend
   within the time applicable, judgment by default may be rendered against you for the relief
6  demanded in the Complaint.

7      Requests for reasonable accommodation for persons with disabilities must be made to the
   division assigned to the case by parties at least 3 judicial days in advance of a scheduled court
8  proceeding.

9      **YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer
10 or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
   fee, within the time required, and you are required to serve a copy of any Answer or response
11 upon the Plaintiffs' attorney. **Rcp 10(D); ARS Sec. 12-311; RCP 5.**

12      The name and address of Plaintiffs' attorney is:

13                      JOSEPH W. CHARLES
                      5704 W. Palmaire Avenue
14                      Post Office Box 1737
                      Glendale AZ  85311
15                      (623) 939-6546

16

17                                      JUL 3 0 2009

18 **SIGNED AND SEALED** this date: _____

19                      MICHAEL K. JEANES, CLERK

20

21                                      _____
                                      Deputy Clerk
22

23

24

25

26

27

28

MICHAEL K. JEANES. CLERK
RECEIVED CCC #7
DOCUMENT DEPOSITORY

09 AUG -7  PM 1:00

FILED
BY Y. ESCALANTE, DE

HAWKINS and E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**MARTHA RODRIGUEZ**                                    CASE NO. CV2009-024416
                        VS
**QUALITY LOAN SERVICE CORP.**

| | |
|---|---|
| STATE OF ARIZONA                    ) | AFFIDAVIT OF SERVICE |
| MARICOPA COUNTY                     ) | |

THE AFFIANT, being sworn, states: That I am a private process server registered in
MARICOPA COUNTY and an Officer of the Court.  On 08/03/09 I received the SUMMONS;
CERTIFICATE OF COMPULSORY ARBITRATION; COMPLAINT;

from JOSEPH W. CHARLES, P.C. and by in each instance I personally served a copy of
each document listed above upon:
MIDFIRST BANK, A NATIONALLY CHARTERED on 08/04/09 at 9:00 am at 3030 E. CAMELBACK
ROAD PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with BETH BARLES, ASSISTANT LEGAL
COUNSEL, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 30 yrs. of age, 5' 2" tall, Weighing 130lbs.,
BROWN Hair,

DON A. FOUTZ, ACPS                                      Affiant
Sworn to before me the  Aug 5, 2009

JoAnn Florez                                            Notary

My Commission expires:  02/25/2010

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES        10 | $ | 24.00 |
| SERVICE CHARGE | $ | 5.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 55.00 |

1691263 3088 14
ORIGINAL

AX021691263

OFFICIAL SEAL
JOANN FLOREZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. Feb. 25, 2010

1 | JOSEPH W. CHARLES (SBN:003038)
JOSEPH W. CHARLES, P.C.
2 | 5704 West Palmaire Avenue
Post Office Box 1737
3 | Glendale, Arizona  85311
Phone: (623) 939-6546 / Fax: (623) 939-6718
4 | Email: attyjcharles@joecharles.com
*Attorney for Plaintiff*

MICHAEL K. JEANES, CLERK
RECEIVED CO #5
DOC INFO REPOSITORY

09 AUG 10  PM 3: 51

FILED
BY A. Asher, DEP.

ORIGINAL

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

CV 2009-024416

| | |
|---|---|
| MARTHA RODRIGUEZ, a single woman, | CASE NO.: |
| Plaintiff, | SUMMONS |
| vs. | |
| QUALITY LOAN SERVICE CORP. a California corporation licensed to do business in the State of Arizona, MIDFIRST BANK a nationally chartered bank, and their subsidiary MIDLAND MORTGAGE COMPANY, an Oklahoma Corporation licensed to do business in the State of Arizona, WELLS FARGO BANK, N.A., a national banking association licensed to do business in the State of Arizona. TRES AMIGOS PROPERTIES LLC, an Arizona limited liability company, XYZ CORPORATIONS 1-10, JOHN and JANE DOES 1-10, BLACK PARTNERSHIPS 1-10 | IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |
| Defendants. | |

**THE STATE OF ARIZONA TO:**   WELLS FARGO BANK, N.A.

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona C whether by direct service, by registered or certified mail, or by publication C you shall appear and defend within 31 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer=s attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director.  Service by

1   registered or certified mail without the State of Arizona is complete 30 days after the date of
2   receipt by the party being served. Service by publication is complete 30 days after the date of
    first publication. Direct service is complete when made. Service upon the Arizona Motor
3   Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return
    receipt or officer=s Return. **RCP 4, ARS Sec. 20-222, 28-502, 28-503.**Copies of the pleadings
4   filed herein may be obtained by contacting the Clerk of the Superior Court, Maricopa County,
    located at 201 West Jefferson, Phoenix, Arizona.

5       **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend
6   within the time applicable, judgment by default may be rendered against you for the relief
    demanded in the Complaint.

7       Requests for reasonable accommodation for persons with disabilities must be made to the
8   division assigned to the case by parties at least 3 judicial days in advance of a scheduled court
    proceeding.

9
10      **YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer
    or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
11  fee, within the time required, and you are required to serve a copy of any Answer or response
    upon the Plaintiffs' attorney. **Rcp 10(D); ARS Sec. 12-311; RCP 5.**

12      The name and address of Plaintiffs' attorney is:

13                          JOSEPH W. CHARLES
                            5704 W. Palmaire Avenue
14                          Post Office Box 1737
                            Glendale AZ 85311
15                          (623) 939-6546

16
17
18  **SIGNED AND SEALED** this date:           JUL 3 0 2009

19                                       MICHAEL K. JEANES, CLERK
20  
21
22                                              Deputy Clerk
23
24
25
26
27
28

MICHAEL A. JEANES, CLERK
RECEIVED COPY #5
DOCUMENT REPOSITORY

09 AUG 10  PM 3:51

**FILED**
BY A. Ashes, DEP.

HAWKINS and E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**MARTHA RODRIGUEZ**                                CASE NO. CV2009-024416
            VS
**QUALITY LOAN SERVICE CORP.**

| | |
|---|---|
| STATE OF ARIZONA                         ) | AFFIDAVIT OF SERVICE |
| PINAL COUNTY                             ) | |

THE AFFIANT, being sworn, states: That I am a private process server registered in
PINAL COUNTY and an Officer of the Court.  On 08/03/09 I received the SUMMONS;
CERTIFICATE OF COMPULSORY ARBITRATION; COMPLAINT; REQUEST FOR PRODUCTION OF
DOCUMENTS AND THINGS;

from JOSEPH W. CHARLES, P.C. and by in each instance I personally served a copy of
each document listed above upon:
WELLS FARGO BANK, N.A., A NATIONAL BANKING ASSOCIATION LICENSED TO DO BUSINESS IN
THE STATE OF ARIZONA, BY SERVICE UPON CORPORATION SERVICE COMPANY on 08/05/09 at
12:05 pm at 23338 W. ROYAL PALM ROAD #J PHOENIX, AZ 85003 MARICOPA COUNTY in the
manner shown below:

by leaving true copy(ies) of the above documents with ASHLEY MACULIFFE, CLERK,
STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 35 yrs. of age, 5' 7" tall, Weighing 300lbs.,
BLUE Eyes, BROWN Hair,


CHAD BARBER, ACPS                          Affiant
Sworn to before me the  Aug  7, 2009

JoAnn Florez                              Notary

My Commission expires:  02/25/2010

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES        13 | $ | 31.20 |
| SERVICE CHARGE | $ | 5.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 62.20 |

1691265 3088 14
ORIGINAL

AX021691265

OFFICIAL SEAL
JOANN FLOREZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. Feb. 25, 2010

MICHAEL K. JEANES
Clerk of the Superior Court

By KRISTY KEE, Deputy
Date 08/25/2009 Time 02:58 PM
Description     Qty     Amount
----------  CASE# CV2009-024416  ----------
CIVIL SEPARATE ANS   001    223.00

TOTAL AMOUNT                   223.00
        Receipt# 00011212440

Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
**McCARTHY ♦ HOLTHUS ♦ LEVINE**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Telephone:  (602) 230-8726
plevine@mhlevine.com
*Attorneys for Defendants Midfirst/Midland*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARTHA RODRIGUEZ, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP., a California corporation; MIDFIRST BANK, a nationally chartered bank and their subsidiary MIDLAND MORTGAGE COMPANY, an Oklahoma corporation; WELLS FARGO BANK, N.A., a national Banking association; TRES AMIGOS PROPERTIES LLC, an Arizona limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No.: CV2009-024416<br><br>**DEFENDANTS MIDFIRST BANK AND MIDLAND MORTGAGE COMPANY'S ANSWER**<br><br>(Assigned to the Honorable Hugh Hegyi) |

Defendants, Midfirst Bank ("Midfirst") and Midland Mortgage Company ("Midland"), by and through their counsel undersigned, for their Answer to the Plaintiff's Complaint, hereby admit, deny and allege as follows:

1

## **PARTIES**

1.   Defendants deny each and every allegation of the Plaintiff's Complaint not specifically admitted herein.

2.   Answering paragraphs 1 and 2, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

3.   Answering paragraph 3, Defendants admit that Midland is the subsidiary of Midfirst. Defendants deny the remaining allegations of paragraph 3.

4.   Answering paragraph 4, Defendants deny the allegations contained therein.

5.   Answering paragraph 5, upon information and belief, Defendants admit the allegations contained therein.

6.   Answering paragraph 6, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

7.   Answering paragraph 7, Defendants admit the allegations contained therein.

8.   Answering paragraph 8, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

9.   Answering paragraph 9, Defendants allege that Midfirst is a federally chartered savings association.

10.  Answering paragraph 10,  Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

2

## GENERAL ALLEGATIONS

11.  Answering paragraph 11, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

12.  Answering paragraph 12, upon information and belief, Defendants admit the allegations contained therein.

13. Answering paragraphs 13, 14, 15, 16, 17 and 18, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

### COUNT ONE
### LACK OF STANDING BY MIDLAND

14.  Answering paragraph 19, Defendants deny the allegations contained therein.

### COUNT TWO
### BREACH OF CONTRACT BY MIDLAND

15. Answering paragraph 20, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

16. Answering paragraph 21, Defendants deny the allegations contained therein.

### COUNT THREE
### BREACH OF FIDUCIARY DUTY BY MIDLAND

17. Answering paragraph 22, Defendants incorporate and reallege the allegations of paragraphs 1-16 above, as if fully set forth herein.

18. Answering paragraphs 23, 24 and 25, Defendants deny the allegations contained therein.

**COUNT FOUR**
**BREACH OF DUTY OF GOOD FAITH**
**AND FAIR DEALING BY MIDLAND**

19. Answering paragraph 26, Defendants incorporate and reallege the allegations of paragraphs 1-18 above, as if fully set forth herein.

20. Answering paragraph 27, the allegation is a legal conclusion and does not require any response.   Without prejudice to or waiver of its rights, Defendants admit the allegations contained therein.

21. Answering paragraph 28, Defendants deny the allegations contained therein.

**COUNT FIVE**
**RESPONDEAT SUPERIOR**

22. Answering paragraph 29, Defendants deny the allegations contained therein.

**COUNT SIX**
**NEGLIGENCE BY WELLS FARGO**

23. Answering paragraph 30, Defendants incorporate and reallege the allegations of paragraphs 1-22 above, as if fully set forth herein.

24. Answering paragraphs 31, 32 and 33, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

**COUNT SEVEN**
**PROMISSORY ESTOPPEL AGAINST WELLS FARGO**

25. Answering paragraph 34, Defendants incorporate and reallege the allegations of paragraphs 1-24 above, as if fully set forth herein.

26. Answering paragraphs 35 and 36, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

4

## COUNT EIGHT
## NEGLIGENT MISREPRESENTATION

27. Answering paragraph 37, Defendants incorporate and reallege the allegations of paragraphs 1-26 above, as if fully set forth herein.

28. Answering paragraphs 38, 39, 40 and 41, Defendants are without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore deny same.

29. As and for their affirmative defenses, Defendants allege that Counts One, Two, Three, Four and Five fail to state a claim upon which relief can be granted. Defendants further allege lack of privity of contract, estoppel, failure of consideration, laches and waiver. Defendants reserve the right to allege any other affirmative defense which may be discovered and which may be relevant to this matter. In addition, Defendants affirmatively allege A.R.S. § 33-811.

30. Plaintiff's Complaint against Midfirst and Midland arise out of an alleged contract and pursuant to A.R.S. § 12-341.01, Defendants are entitled to an award of their attorney's fees, including post judgment attorney's fees.

WHEREFORE, Defendants Midfirst Bank and Midland Mortgage Company pray that all counts of the Plaintiff's Complaint be dismissed with prejudice as against these answering Defendants, for their costs incurred herein, including post judgment costs, for their attorney's fees, including post judgment attorney's fees, pursuant to A.R.S. § 12-341.01, and for such other and further relief as the Court deems just and proper.

///
///

**DATED** this 25th day of August, 2009.

McCARTHY ♦ HOLTHUS ♦ LEVINE

By: _Paul Levine_____

Paul M. Levine
Matthew A. Silverman
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Attorneys for Defendants Midfirst/Midland

ORIGINAL of the foregoing filed this 25 day of August, 2009 with the Clerk of the Court.

COPY of the foregoing mailed this 25 day of August, 2009 to:

Joseph Charles
5704 W. Palmaire Avenue
Glendale, AZ 85311
Attorney for Plaintiff

_____

6

# EXHIBIT C

August 28, 2009

Anne W. Bishop
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren St.
Phoenix, AZ 85004-2202

      Re:   *Rodriguez v. Quality Loan Service Corp., et al.*
             *Maricopa County Superior Court Case No. CV2009-024416*

Dear Ms. Bishop:

      I am counsel for Defendants Quality Loan Service Corp., Midfirst Bank, and Midland Mortgage Company, and I have authority to act on their behalf in the litigation entitled *Martha Rodriguez v. Quality Loan Service Corp , et al.* On behalf of Quality Loan Service Corp., Midfirst Bank, and Midland Mortgage Company, I consent to removal of this action to the United States District Court.

                    Very truly yours,

                    Paul M. Levine

# EXHIBIT D

1    Gregory J. Marshall (#019886)
     Anne W. Bishop (#024666)
2    SNELL & WILMER L.L.P.
     One Arizona Center
3    400 E. Van Buren
     Phoenix, AZ 85004-2202
4    gmarshall@swlaw.com
     abishop@swlaw.com
5    Attorneys for Defendant
     Wells Fargo Bank, N.A.

6

7        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8        IN AND FOR THE COUNTY OF MARICOPA

9    MARTHA RODRIGUEZ, a single
     woman,
10                  No. CV2009-024416
         Plaintiff,
11                    **DEFENDANT WELLS FARGO**
     v.                     **BANK, N.A.'S NOTICE OF**
12                    **REMOVAL**
     QUALITY LOAN SERVICE CORP. a
13    California corporation licensed to do    (Honorable Hugh Hegyi)
     business in the State of Arizona,
14    MIDFIRST BANK a nationally
     chartered bank, and their subsidiary
15    MIDLAND MORTGAGE COMPANY,
     an Oklahoma Corporation licensed to do
16    business in the State of Arizona,
     WELLS FARGO BANK, N.A., a
17    national banking association licensed to
     do business in the State of Arizona,
18    TRES AMIGOS PROPERTIES LLC,
     an Arizona limited liability company,
19    XYZ CORPORATIONS 1-10, JOHN
     and JANE DOES 1-10, BLACK
20    PARTNERSHIPS 1-10,

21          Defendants.

22

23        Defendant Wells Fargo Bank, N.A., gives notice of removal of this action from

24    the Superior Court of Arizona, Maricopa County, to the United States District Court,

25    District of Arizona. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further

26    with this action.

27        DATED this 4th day of September, 2009.

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

SNELL & WILMER L.L.P.

By _Anne W. Bishop_

Gregory J. Marshall (#019886)
Anne W. Bishop (#024666)
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendant
Wells Fargo Bank, N.A.

ORIGINAL filed with the Clerk of Court
this 4th day of September, 2009 and

COPY delivered this 4th day of September,
2009 to:

Honorable Hugh Hegyi
Maricopa County Superior Court
201 W. Jefferson, CCB-6A
Phoenix, AZ 85003

COPY mailed this 4th day of
September, 2009 to:

Joseph W. Charles, Esq.
Joseph W. Charles, P.C.
5704 W. Palmaire Ave.
Glendale, AZ 85301
attyjcharles@joecharles.com
Attorney for Plaintiff

Paul M. Levine, Esq.
Matthew Silverman, Esq.
McCarthy Holthus Levine
3636 N. Central Ave., Suite 1050
Phoenix, AZ 85012
plevine@mhlevine.com
Attorneys for Defendants
Midfirst Bank and Midland Mortgage Co.

_Judy L. Stewart_

10467620

- 2 -