# UNITED STATES DISTRICT COURT
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

September 8, 2009

TO: Counsel of Record/Parties

RE: Case Title: Rodriguez v. Quality Loan Service Corp., et al.

District Court Case Number: CV-09-01853-PHX-NVW

Superior Court Case Number: CV2009-024416

The above case has been removed to the United States District Court for the District of Arizona from the Maricopa County Superior Court.

All subsequent documents in this case are to be filed in compliance with the Federal Rules of Civil Procedure and District of Arizona Local Rules. Any pending matters from the Superior Court are to be refiled in accordance with the rules of this court.

You may contact the docket section at (602)322-7210 with any questions you may have regarding this removal action.

Sincerely,

**RICHARD H. WEARE, CLERK/DCE**

By: s/B. Stephenson
Deputy Clerk