IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
NO. CV 09-1853-PHX-FJM

List of Exhibits

Exhibit 1:          Trustee's Deed Upon Sale

Exhibit 2:          Property Appraisal Information

# EXHIBIT "1"

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20090631746   07/09/2009   01:27
ELECTRONIC RECORDING

TD4210WCorrine-2-1-1--
fraustoj

Trustee's Deed Upon Sale
Page 1

Recording requested by:

When recorded mail to:
**DAVID BILFELD**
**720 N 16TH ST. #370**
**PHEONIX, AZ 85022**

Forward tax statements to the address given above

4210 W. Corrine

Space above this line for reorders use

TS # AZ-09-253297-CH                Order # 33-00834407                Loan # 46999911

Exempt B-1          # **Trustee's Deed Upon Sale**

A.P.N.: 149-27-073                                    Transfer Tax:

The undersigned grantor declares:
The grantee herein WASN'T the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:          $55,106.50
The amount paid by the grantee at the trustee sale was:          $67,700.00
The documentary transfer tax is:                                 None
Said property is in the City of: PHOENIX, County of MARICOPA

**QUALITY LOAN SERVICE CORPORATION** , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**DAVID BILFELD**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of MARICOPA, State of Arizona, described as follows:

**LOT 71, TAMARRON I, A SUBDIVISION RECORDED IN BOOK 188 OF MAPS, PAGE 10, RECORDS OF MARICOPA COUNTY, ARIZONA.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **JANET LEE NILSEN, A SINGLE WOMAN**, as trustor, dated 8/19/1987, and recorded on **8/24/1987** as instrument number **87-531235**, in Book XXX, Page XXX of Official Records in the office of the Recorder of **MARICOPA**, Arizona, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Sale under the Deed of Trust recorded on 2/27/2009, instrument no 2009-0173855, , of Official records. Trustee having complied with all applicable statutory requirements of the State of Arizona and performed all duties required by the Deed of Trust

Trustee's Deed Upon Sale
Page 2

including sending a Notice of Sale within five days by certified mail, postage pre-paid to each person entitled to notice in compliance with Arizona Civil Code 33-809.

All requirements per Arizona Statutes regarding the mailing, personal delivery and publication of copies of Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 6/30/2009. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $67,700.00, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **QUALITY LOAN SERVICE CORPORATION - AZ**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 7/8/2009                                    **QUALITY LOAN SERVICE CORPORATION**

                                    By: _A. Banuelos._

                                    Adriana Banuelos, Assistant Vice President.

State of California            )
                              )  ss.
County of San Diego           )

On ___7/8/09___ before me, **D.E. Turner** a Notary Public,  personally appeared **Adriana Banuelos** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)
          D/E. Turner

D. E. TURNER
COMM.# 1830006
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. JAN. 9, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**EXHIBIT "2"**

Assessor - Residential Parcel Information                                                                Page 1 of 1



QUICK LINKS ...                              Home   Contacts   *Parcel Search:          **GO**

Advanced Search Options            *Market Overview   *Residential Similar Property Search
   No Parcel Number? Use Advanced Search
                Options.              *(A parcel number is needed to use these Features)

New Search      Printer Friendly Version                                              View GIS Maps
## Property Information

| | |
|---|---|
| **Parcel #:** 149-27-073 | **Subdivision Name:** TAMARRON 1 LOT 1-145 |
| **MCR #:** 18810 | **Lot #:** 71 |
| **Property Address:** 4210 W CORRINE DR PHOENIX 85029 | **School Dist:** WASHINGTON SCHOOL DISTRICT |
| **Property Description:** TAMARRON 1 PER MCR 188-10 | **Local Jurisdiction:** PHOENIX |
| **Section Township Range:** 15 3N 2E | Tax District FAQs |
| **Associated Parcel:** | |

## Owner Information
                                                                              View Tax Information

| | |
|---|---|
| **Owner:** TRES AMIGOS PROPERTIES LLC | |
| **In Care Of:** | |
| **Mailing Address:** 10115 E BELL RD NO 107-BOX 232 SCOTTSDALE AZ 85260 USA | |
| **Deed #:** 090690591 | **Sales Price:** n/a |
| **Deed Date:** 7/27/2009 | **Sales Month/Year:** n/a |

## Valuation Information
                                                                              View Similar Parcels

| Tax Year: | 2010 | 2009 | 2008 |
|---|---|---|---|
| **Full Cash Value (FCV):** | $114,800 | $160,100 | $181,500 |
| **Limited Property Value (LPV):** | $114,800 | $146,334 | $133,031 |
| Notice: The values displayed on this page may not reflect constitutional or statutory adjustments. | | | |
| **Legal Class:** | 3 | 3 | 3 |
| **Assessment Ratio:** | 10.0% | 10.0% | 10.0% |
| **Assessed FCV:** | $11,480 | $16,010 | $18,150 |
| **Assessed LPV:** | $11,480 | $14,633 | $13,303 |
| **Property Use Code:** | 0131 | 0131 | 0131 |
| **Tax Area Code:** | 061300 | 061300 | 061300 |

## Additional Component Information (for this parcel)
                        Valuation   Characteristics

New Search

                        Helpful Information:
                        recorder   glossary   forms

**Disclaimer**
The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home   Legal Information   Privacy/Security Policies                    ©2008 Maricopa County

Maricopa County Assessor || 301 W. Jefferson St. || Phoenix, AZ 85003
602-506-3406