Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica R. Kenney, Esq. (026615)
**McCARTHY ♦ HOLTHUS ♦ LEVINE**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Telephone: (602) 230-8726
plevine@mhlevine.com
*Attorneys for Defendants Midfirst/Midland*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARTHA RODRIGUEZ, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP., a California corporation; MIDFIRST BANK, a nationally chartered bank and their subsidiary MIDLAND MORTGAGE COMPANY, an Oklahoma corporation; WELLS FARGO BANK, N.A., a national Banking association; TRES AMIGOS PROPERTIES LLC, an Arizona limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No.: CV-09-01853-PHX-MHB<br><br>**DEFENDANTS MIDFIRST BANK AND MIDLAND MORTGAGE COMPANY'S MOTION FOR SUMMARY DISPOSITION, PURSUANT TO RULE 56(e)(2), FEDERAL RULES OF CIVIL PROCEDURE**<br><br>(Assigned to the Honorable Michelle H. Burns) |

Defendants, MidFirst Bank ("MidFirst") and Midland Mortgage Company ("Midland"), by and through their counsel undersigned, pursuant to Rule 56(e)(2), Federal Rules of Civil Procedure, move for summary disposition of their Motion to Dismiss or, in the Alternative, Motion to for Summary Judgment, filed on October 28, 2009. (Docket No. 17.) On that same date, Defendants filed their Statement of Facts. (Docket No. 18.)

1

Pursuant to Rule 56(e)(2), when a Motion for Summary Judgment is properly made and supported, an opposing party may not rely merely on allegations or denials in its own pleading. A party must respond by Affidavits or as otherwise provided in Rule 56 and set out specific facts showing a genuine issue for trial. "If the opposing party does not so respond, summary judgment should, if appropriate, be entered against that party."

Pursuant to Rule 56.1(d), Rules of Practice of the United States District Court for the District of Arizona, a party opposing a Motion for Summary Judgment has thirty (30) days after service within which to serve and file a responsive memorandum. In this case, Plaintiff has failed to file any responsive pleading. Therefore, Defendants request that the Court grant their Motion for Summary Judgment on Counts I, II, III, IV and V of Plaintiff's Complaint. Defendants also request an award of their attorney's fees, pursuant to A.R.S. § 12-341.01.

**RESPECTFULLY SUBMITTED** this 11th day of December, 2009.

**McCARTHY ♦ HOLTHUS ♦ LEVINE**

By:/s/ Paul M. Levine
    Paul M. Levine
    Matthew A. Silverman
    Jessica R. Kenney
    3636 North Central Avenue, Suite 1050
    Phoenix, Arizona 85012
    Attorneys for Defendants Midfirst/Midland

ORIGINAL of the foregoing electronically
filed with the Clerk of the Court this 11th
day of December, 2009.

///

///

COPY of the foregoing emailed this 11th
day of December, 2009 to:

Joseph Charles
5704 W. Palmaire Avenue
Glendale, Arizona 85311
Attorney for Plaintiff

Gregory J. Marshall
One Arizona Center
400 E. Van Buren Street
Phoenix, Arizona 85004
Attorneys for Wells Fargo Bank

David Knapper
1599 E. Orangewood Avenue, #125
Phoenix, Arizona 85020
Attorneys for Tres Amigos

/s/ Danielle Fratterelli