1  Name      _____
2  Bar #     _____
   Firm      _____
3  Address   _____
4            _____
5            _____
   Telephone _____
6

7              IN THE UNITED STATES DISTRICT COURT
8                 FOR THE DISTRICT OF ARIZONA
9

|  | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) | **Case No.** |
| vs. | ) |  |
|  | ) | **Corporate Disclosure Statement** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

   This Corporate Disclosure Statement is filed on behalf of _____
in compliance with the provisions of: *(check one)*

   ____   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -