1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8                                     )
9   Martha Rodriguez,                 )        NO. CV 09-1853-PHX-FJM
                                      )
10                   Plaintiff(s),    )
                                      )
11          vs.                       )        **RULE 16**
                                      )        **SCHEDULING ORDER**
12  Quality Loan Service Corp., et al.,)
                                      )
13                   Defendant(s).    )
    _____)

14

15        Pursuant to the terms of the Case Management Plan and the

16  representations made by the parties at the Rule 16 Scheduling

17  Conference, all parties shall comply with the deadlines established

18  in this Order.

19        **THE PARTIES AND THEIR COUNSEL ARE CAUTIONED THAT THE DEADLINES**

20  **SET FORTH IN THIS RULE 16 SCHEDULING ORDER SHALL BE STRICTLY**

21  **ENFORCED.   NO EXTENSIONS TO THE DISPOSITIVE MOTION CUTOFF DATE,**

22  **THE PRETRIAL ORDER DATE, THE PRETRIAL CONFERENCE DATE, AND THE FIRM**

23  **TRIAL DATE WILL BE GRANTED DUE TO CASE PROCESSING PROBLEMS,**

24  **DISCOVERY DISPUTES OR SETTLEMENT NEGOTIATIONS.**

25        1.   All Initial Disclosures as defined in Fed.R.Civ.P. 26(a),

26  if not already disclosed prior to the Scheduling Conference, shall

27  be made **no later than January 29, 2010**.

28        2.   To satisfy the requirements of Fed.R.Civ.P. 26(a), the

1  parties shall file with the Clerk of the Court a <u>Notice of Initial</u>

2  <u>Disclosure</u>, rather than copies of the actual disclosures.

3       3.   Motions to Amend the Complaint, and to join additional

4  parties shall be filed no later than **February 5, 2010.**

5       4.   The Plaintiff(s) shall disclose the identity of all

6  persons who may be used at trial to present evidence under

7  Fed.R.Evid. 702, 703, 704, and 705 no later than **May 17, 2010.**  The

8  Defendant(s) shall disclose the identity of all persons who may be

9  used at trial to present evidence under Fed.R.Evid. 702, 703, 704,

10 or 705 no later than **June 17, 2010.**  The parties shall disclose the

11 identity of all rebuttal expert testimony no later than **July 16,**

12 **2010.**

13      The disclosures of the identities of all persons who may be

14 used at trial to present evidence under Fed.R.Evid. 702, 703, 704,

15 or 705 shall also include all of the disclosures required by

16 Fed.R.Civ.P. 26(a)(2)(B) if the witness is either (1) retained or

17 specifically employed to provide expert testimony in the case, or

18 (2) is an agent or employee of the party offering the testimony

19 whose duties regularly involve giving expert testimony.    No

20 deposition of any expert witness shall occur before the disclosures

21 concerning expert witnesses mandated by this Order are made.

22      5.   The parties are required to finally supplement <u>all</u>

23 discovery, including material changes in expert witness opinions

24 and disclosure, pursuant to Fed.R.Civ.P. 26(a)(3), of all exhibits

25 to be used and all witnesses to be called at trial, on or

26 before **August 17, 2010.**  The parties are reminded that this order

27 governs and supersedes the "30 days before trial" disclosure

28 deadline contained in Fed.R.Civ.P. 26(a)(3).    Therefore, (1)

failure to timely supplement Rule 26(a) disclosures, including witnesses and exhibits for trial, (2) failure to timely supplement responses to any valid discovery requests, and (3) attempts to include witnesses or exhibits in the Proposed Final Pretrial Order that were not previously disclosed in a timely manner may result in the exclusion of such evidence at trial or the imposition of other sanctions pursuant to Fed.R.Civ.P. 37, the Local Rules of the District Court, and the inherent power of the court.

6. All discovery, including answers to interrogatories, production of documents, depositions and requests to admit must be completed by **September 17, 2010.**

7. Discovery by interrogatory shall be governed by Fed.R.Civ.P. 33 unless otherwise ordered by the Court. Therefore, there is a limit of twenty-five (25) interrogatories, including discrete subparts.

8. Depositions shall be limited as provided by Rules 30 and 31 of the Fed.R.Civ.P.

9. Motions on discovery matters are strongly discouraged. Parties are directed to Local Rule Civil 7.2(j), which prohibits filing discovery motions unless parties have first met to resolve any discovery difficulties. If the parties cannot reach a resolution, they may file a motion. Motions, responses and replies shall not exceed two pages each.

10. All dispositive motions shall be filed no later than **October 18, 2010. A party or parties represented by the same lawyer shall file no more than one motion for summary judgment unless leave of Court is obtained.**

11. All parties are specifically admonished that pursuant to

Local Rule Civil Rule 7.2(i), "[if a motion does not conform in all substantial respects with the requirements of this Rule, or **if the opposing party does not serve and file the required answering memoranda, or if counsel for any party fails to appear at the time and place for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.**"

12.  **A Joint Proposed Pretrial Order** shall be lodged by <u>**March 18, 2011**</u>, notwithstanding the pendency of unresolved dispositive motions.  The parties are therefore advised to get their dispositive motions resolved sooner rather than later.  The Proposed Pretrial Order shall be in the <u>Form of Joint Proposed Pretrial Order</u> attached to this order.

13.  If the case will be tried to the Court, rather than to a jury, <u>in addition to</u> filing a **Joint Proposed Pretrial Order**, each party shall also submit <u>very</u> <u>brief</u> Proposed Findings of Fact and Conclusions of Law on the same date the **Joint Proposed Pretrial Order** is due.

14.  Motions in limine are discouraged. The parties shall file and serve all **Motions in Limine** no later than the filing of the **Joint Proposed Pretrial Order.**  Responses shall be filed at least two days before the final pretrial conference.  The lawyers for all parties shall come to the final **Pretrial Conference** prepared to address the merits of all such motions; no replies shall be filed.  Motions in limine and responses shall not exceed two pages and shall be limited to matters which might avoid a mistrial.

15.  The parties are advised that they are required to file with the **Joint Proposed Pretrial Order** the following:

1          (A)  A <u>joint</u> stipulated <u>Statement of the Case</u> to be read

2   to the jury. If the parties have any disagreement about the

3   statement, the party proposing the statement will set it forth in

4   the joint pleading and the party objecting shall set forth the

5   reason for the objection below the statement and offer an

6   alternative statement.

7          (B)  Proposed <u>voir dire</u> questions that are case specific.

8          (C)  <u>Proposed jury instructions</u>.  The instructions shall

9   be accompanied by citations to legal authority.  Instructions shall

10  not be partisan.  Prepare them as though you were the judge's

11  law clerk.

12         (D)  A <u>joint</u> stipulated <u>form of verdict</u>.  If the parties

13  have any disagreement about the form of verdict, the party

14  proposing the form will set it forth in the joint pleading and the

15  party objecting shall set forth the reason for the objection and

16  offer an alternative form of verdict.

17         (E)  A <u>Trial Memorandum of Law</u> for each party.  The

18  memorandum shall be **brief** but must address all questions of law,

19  including evidentiary issues that the party anticipates will arise

20  at trial.

21      16.  The lawyers for each party who will be responsible for

22  trial of the lawsuit shall appear and participate in a **Pretrial**

23  **Conference** on  **Friday, March 25, 2011, at 3:00 p.m**.

24      **IT IS FURTHER ORDERED** directing the parties to submit their

25  proposed jury instructions and forms of verdict in WordPerfect

26  format on disk or by e-mail (<span style="color:blue">mary_molyneaux@azd.uscourts.gov</span>) in

27  addition to the written materials filed with the Clerk of the

28  Court.

1    **IT IS FURTHER ORDERED setting jury trial** on **Tuesday, April 12,**

2    **2011, at 9:00 a.m.** Estimated length: **5** days.

3    DATED this 15th day of January, 2010.

4

5    _Frederick J. Martone_

6    Frederick J. Martone
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8                                   )
                                    )
9                    Plaintiff,     )    No. CV      FJM
                                    )
10          vs.                     )
                                    )    **JOINT PROPOSED PRETRIAL**
11                                  )              **ORDER**
                                    )
12                                  )
                   Defendant.       )
13 _____ )

14        Pursuant to the Scheduling Order previously entered, the

15 following is the Joint Proposed Pretrial Order to be considered at

16 the Final Pretrial Conference set for _____, 200__, at

17 _____ before Judge Martone.

18        1.    **TRIAL COUNSEL FOR THE PARTIES**

19              Include mailing address, office phone and fax numbers.

20              Plaintiff(s):

21              Defendant(s):

22        2.    **STATEMENT OF JURISDICTION/VENUE.**  Cite the statute(s) or

23 rule(s) which give(s) this court jurisdiction and venue (e.g.,

24 jurisdiction in this case is based on diversity of citizenship

25 under 28 U.S.C. § 1332).

26        3.    **NATURE OF ACTION.**  Provide a **concise** statement (no more

27 than one page) of the kind of case, the cause of action, and the

28 relief sought.

1    (e.g., - This is a products liability case in which the

2    plaintiff seeks damages for personal injuries sustained

3    when he fell from the driver's seat of a forklift.  The

4    plaintiff contends that the forklift was defectively

5    designed and manufactured by the defendant and that the

6    defects were a producing cause of his injuries and

7    damages.)

8         4.  **STIPULATIONS AND UNDISPUTED FACTS**

9         5.  **WITNESSES**

10   Provide a separate list for each party of all witnesses

11   (including experts) whom the party will call in person or through

12   deposition, except witnesses who may be called only for

13   impeachment.  If a witness will appear by deposition only, the

14   party calling the witness will give notice of the pages to be read

15   to all other parties on or before the date the proposed pretrial

16   order is lodged.  (Do not include deposition pages in the pretrial

17   order).

18        6.  **EXHIBITS**

19   Each party must submit with this proposed order a list of

20   numbered exhibits, with a description of each containing sufficient

21   information to identify the exhibit. Document admissibility issues

22   should be solved by stipulation before trial. The parties should

23   work with the clerk to mark all exhibits directly into evidence

24   unless a good faith objection will be raised at trial.

25        7.  **INFORMATION FOR COURT REPORTER**

26   In order to facilitate the creation of an accurate record,

27   please file a "Notice to Court Reporter" one week before trial

28   containing the following information that may be used at trial:

1         1. Proper names, including those of witnesses.

2         2. Acronyms.

3         3. Geographic locations.

4         4. Technical (including medical) terms, names or jargon.

5         5. Case names and citations.

6

7    APPROVED AS TO FORM AND CONTENT:

8    _____    _____
     Attorney for Plaintiff             Attorney for Defendant

9

10
     THIS JOINT PRETRIAL ORDER IS HEREBY APPROVED ON THIS _____ DAY OF

11   _____, 200___.

12

13
                                    _____
                                        Frederick J. Martone
14                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 9 -