Gregory J. Marshall (#019886)
Anne W. Bishop (#024666)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren St.
Phoenix, Arizona 85004-2202
602-382-6000
gmarshall@swlaw.com
abishop@swlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martha Rodriguez, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>Quality Loan Service Corp., a California corporation licensed to do business in the State of Arizona; Midfirst Bank, a nationally chartered bank, and their subsidiary Midland Mortgage Company, an Oklahoma Corporation licensed to do business in the State of Arizona; Wells Fargo Bank, N.A., a national banking association licensed to do business in the State of Arizona; Tres Amigos Properties, LLC, an Arizona limited liability company, XYZ Corporations 1-10; John and Jane Does 1-10; Black Partnerships 1-10,<br><br>Defendants. | No. CV 09-1853-PHX-FJM<br><br>**WELLS FARGO BANK, N.A.'S NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Wells Fargo Bank, N.A. gives notice, pursuant to LRCiv. 5.2, of service of its Rule 26(a)(1) Initial Disclosure Statement to all parties via U.S. Mail on January 29, 2010.

DATED this 29th day of January, 2010.

SNELL & WILMER

By: *s/ Anne W. Bishop*
Gregory J. Marshall
Anne W. Bishop
One Arizona Center

400 E. Van Buren St.
Phoenix, Arizona 85004-2202
Attorneys for Defendant
Wells Fargo Bank, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2010, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joseph W. Charles, Esq.
Joseph W. Charles, P.C.
5704 W. Palmaire Ave.
Glendale, AZ 85301
attyjcharles@joecharles.com
Attorney for Plaintiff

Paul M. Levine, Esq.
Matthew Silverman, Esq.
McCarthy Holthus Levine
3636 N. Central Ave., Suite 1050
Phoenix, AZ 85012
plevine@mhlevine.com
msilverman@mhlevine.com
Attorneys for Defendants
Midfirst Bank and Midland Mortgage Co.

　　　　　　　　　　　　　　　　　　　*s/ Anne W. Bishop*

11139759

- 2 -