1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7             FOR THE DISTRICT OF ARIZONA
8
9  Martha Rodriguez,                 )   No. CV 09-01853-PHX-FJM
                                     )
10              Plaintiff,           )   **ORDER**
                                     )
11  vs.                              )
                                     )
12  Quality Loan Service Corp., et al., )
                                     )
13              Defendants.          )
                                     )
14

In that this matter is now set to proceed with settlement conference;

**IT IS HEREBY ORDERED** that said conference shall be scheduled for **Tuesday, April 13, 2010**, at **10:00 a.m.**, U. S. District Court, 123 N. San Francisco Street, Suite 200, Flagstaff, Arizona 86001.

Counsel shall appear at the settlement conference <u>with all parties</u>, and, if not possessed by the party, the person or persons having full, complete, and unlimited authority to settle the case, unless otherwise permitted in advance by the Court.

That at least **five (5) court days** before the settlement conference, the parties shall <u>lodge directly with the Magistrate Judge</u> a settlement conference statement. The settlement conference statement should be delivered directly to the Magistrate and should **not** be filed with the Clerk of the Court. Copies of the settlement conference statement shall **not** be served upon the other parties or counsel and the Court or its personnel shall **not** permit other

1  parties or counsel to have access to these statements. The settlement conference statement
2  may be mailed to chambers or submitted by FAX to 928-774-2586 or by email at
3  aspey_chambers@azd.uscourts.gov. The settlement conference statement shall include the
4  following information:

5      1. The names of the person or persons who will be attending the settlement
6  conference.

7      2. A brief statement of the facts of the case.

8      3. A brief statement of the claims and defenses, i.e., statutory or other grounds
9  upon which the claims are founded; a forthright evaluation of the parties' likelihood of
10 prevailing on the claims and defenses; and a description of the major issues in dispute.

11     4. A summary of the proceedings to date including rulings on motions and
12 motions outstanding.

13     5. An estimate of the cost and time to be expended for further discovery, pretrial
14 and trial.

15     6. A brief statement of the facts and issues upon which the parties agree.

16     7. Whether there are any discrete issues which, if resolved, would aid in the
17 disposition of the case.

18     7. The relief sought.

19     8. The party's position on settlement, including present demands and offers, and
20 history of past settlement discussions, offers and demands.

21     Additionally, if the parties have not yet discussed a possible settlement of this matter,
22 they are hereby **ORDERED** to conduct good faith settlement negotiations prior to the date
23 of the settlement conference.

24
25 ///
26 ///
27 ///
28

1     If the parties wish the court to entertain any motions dealing with the scheduled
2 settlement conference, they are instructed to file any such pleadings **no later than <u>five</u> (<u>5</u>)**
3 **<u>court days</u>** before the settlement conference.  Pleadings should be filed with the Clerk of the
4 Court and, in addition, a copy sent directly to the Magistrate Judge by email at
5 aspey_chambers@azd.uscourts.gov.
6     DATED this 2nd day of March, 2010.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge