Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica Kenney, Esq. (026615)
**MCCARTHY ◆ HOLTHUS ◆ LEVINE**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona  85012
Telephone:   (602) 230-8726
plevine@mhlevine.com
*Attorneys for Midfirst Bank*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MARTHA RODRIGUEZ, a single woman, | Case No.: CV-09-01853-PHX-MHB |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |
| vs. | |
| QUALITY LOAN SERVICE CORP., a California corporation; MIDFIRST BANK, a nationally chartered bank and their subsidiary MIDLAND MORTGAGE CO., an Oklahoma corporation; WELLS FARGO BANK, N.A., a national Banking association; TRES AMIGOS PROPERTIES LLC, an Arizona limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X, | |
| Defendants. | |

Defendants, MidFirst Bank and Midland Mortgage Co. hereby give notice that they have served their Initial Disclosure Statement to the parties.

///

1

1 ///

2 **RESPECTFULLY SUBMITTED** this 22nd day of March, 2010

3                                    **McCARTHY ♦ HOLTHUS ♦ LEVINE**

By: /s/ Paul M. Levine
    Paul M. Levine
    Matthew A. Silverman
    3636 North Central Avenue, Suite 1050
    Phoenix, Arizona 85012
    Attorneys for Plaintiff

ORIGINAL of the foregoing electronically filed this 22nd day of March, 2010 with the Clerk of the Court.

COPY of the foregoing mailed this 22nd day of March, 2010 to:

Joseph Charles
5704 W. Palmaire Avenue
Glendale, Arizona 85311
Attorney for Plaintiff

Gregory J. Marshall
One Arizona Center
400 E. Van Buren Street
Phoenix, Arizona 85004
Attorneys for Wells Fargo Bank

/s/ Josie M. Streitz