**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martha Rodriguez, a single woman,<br><br>    Plaintiff,<br><br>v.<br><br>Quality Loan Service Corp., a California corporation licensed to do business in the State of Arizona; Midfirst Bank, a nationally chartered bank, and their subsidiary Midland Mortgage Company, an Oklahoma Corporation licensed to do business in the State of Arizona; Wells Fargo Bank, N.A., a national banking association licensed to do business in the State of Arizona; Tres Amigos Properties, LLC, an Arizona limited liability company, XYZ Corporations 1-10; John and Jane Does 1-10; Black Partnerships 1-10,<br><br>    Defendants. | No. CV 09-1853-PHX-FJM<br><br>**ORDER** |

On January 15, 2010, with the concurrence of the parties, the Honorable Frederick J. Martone referred the matter to this Court for the purpose of conducting a settlement conference. On March 2, 2010, again with the concurrence of the parties, this Court set the settlement conference for April 13, 2010. On April 5, 2010 the parties filed a Joint Motion to Vacate or Continue the settlement conference indicating they now desire private mediation and represent it will occur prior to September 17, 2010, the discovery deadline.

Pursuant to the parties' Joint Motion to Vacate or Continue the settlement conference,

IT IS HEREBY ORDERED vacating the Settlement Conference set for April 13, 2010 at 10:00 a.m.

IT IS FURTHER ORDERED rescheduling the Settlement Conference for **September 17, 2010 at 10:00 a.m**. With the exception of the change in date, this Court's prior order of March 2, 2010 remains in full force and effect.

Should the parties seek relief from Judge Martone's order of January 15, 2010 referring the matter to this Court for a settlement conference, they are directed to seek such relief from Judge Martone. The parties are cautioned that this Court's order does not in any manner modify Judge Martone's Rule 16 Scheduling Order dated January 15, 2010.

Dated this 6th day of April, 2010.

_____
Mark E. Aspey
United States Magistrate Judge

- 2 -