Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica Kenney, Esq. (026615)
**MCCARTHY ◆ HOLTHUS ◆ LEVINE**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona  85012
Telephone:   (602) 230-8726
plevine@mhlevine.com
*Attorneys for Midfirst Bank*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARTHA RODRIGUEZ, a single woman, | Case No.: CV-09-01853-PHX-MHB |
| Plaintiff, | **PLAINTIFF'S NOTICE OF CORRECT NAME OF MIDLAND MORTGAGE** |
| vs. | |
| QUALITY LOAN SERVICE CORP., a California corporation; MIDFIRST BANK, a nationally chartered bank and their subsidiary MIDLAND MORTGAGE CO., an Oklahoma corporation; WELLS FARGO BANK, N.A., a national Banking association; TRES AMIGOS PROPERTIES LLC, an Arizona limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X, | |
| Defendants. | |

Defendants, MidFirst Bank and Midland Mortgage Company. hereby give notice the correct name of  Midland Mortgage Company is Midland Mortgage Co.

1

1
2         **RESPECTFULLY SUBMITTED** this 13th day of July, 2010

3                                   **McCARTHY ♦ HOLTHUS ♦ LEVINE**

4
5                               By:/s/ Paul M. Levine
                                   Paul M. Levine
6                                    Matthew A. Silverman
                                   3636 North Central Avenue, Suite 1050
7                                    Phoenix, Arizona  85012
                                   Attorneys for Plaintiff
8
   ORIGINAL of the foregoing electronically
9   filed this 13th day of July. 2010 with the
   Clerk of the Court.
10
   COPY of the foregoing mailed this
11   13th day of July, 2010 to:

12   Joseph Charles
   5704 W. Palmaire Avenue
13   Glendale, Arizona 85311
   Attorney for Plaintiff
14
15   Gregory J. Marshall
   One Arizona Center
16   400 E. Van Buren Street
   Phoenix, Arizona 85004
17   Attorneys for Wells Fargo Bank

18   /s/ Josie M. Streitz

19
20
21
22
23
24
25                                          2