**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel:  (623) 939-6546**
**Fax:  (623) 939-6718**

LawOffice@joecharles.com
JOSEPH W. CHARLES
State Bar No. 003038

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re the Matter of:<br>**MARTHA RODRIGUEZ,** a single woman,<br><br>                              Plaintiff,<br>vs.<br><br>**QUALITY LOAN SERVICE CORP.** a California corporation licensed to do business in the State of Arizona, **MIDFIRST BANK** a nationally chartered bank, and their subsidiary **MIDLAND MORTGAGE COMPANY**, an Oklahoma Corporation licensed to do business in the State of Arizona, **WELLS FARGO BANK, N.A.,** a national banking association licensed to do business in the State of Arizona. **TRES AMIGOS PROPERTIES LLC**, an Arizona limited liability company, **XYZ CORPORATIONS 1-10**, **JOHN and JANE DOES 1-10**, **BLACK PARTNERSHIPS 1-10**<br>                              Defendants. | Case No.  CV-09-01853-PHX-FJM<br><br>**PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS IN RESPONSE TO DEFENDANTS MIDFIRST BANK AND MIDLAND MORTGAGE COMPANY'S MOTION FOR SUMMARY JUDGMENT RE: COUNT I**<br><br>(Assigned to the Honorable Frederick J. Martone)<br><br>**(ORAL ARGUMENT REQUESTED)** |

COMES NOW the Plaintiff, MARTHA RODRIGUEZ, by and through their counsel undersigned, and for her response to the Motion for Summary Judgment filed by Defendants, states as follows:

1

1. Admit

2. Admit.

3. Deny. Defendants Midland Mortgage Company and/or Midfirst Bank has made no effort to demonstrate possession of the Note in question. The declaration of Thaddeus Burr appears to be nothing more than a boilerplate recitation of patterns or practices of the company. Mr. Burr made no mention of specifically observing the note for himself and has not made it available for Plaintiff to view.

4. Plaintiff needs time to clarify the facts thought the discovery process starting with depositions of key personnel within Wells Fargo.

5. Pursuant to Rule 56(f), Fed. R. Civ. P., the Plaintiff requires additional discovery before an affidavit can be produced that goes directly to the question of the status of the note.

**RESPECTFULLY SUBMITTED** this 30th day of July, 2010.

**JOSEPH W. CHARLES, P.C.**

By:   /s/   Joseph Charles
      **JOSEPH W. CHARLES**
      Attorneys for Plaintiff

1  ORIGINAL filed this 30th day of
2  July, 2010, with:

3  Clerk of the Court

4

5  COPY of the foregoing mailed this 30th
   day of July 2010, to:
6

7  Paul M. Levine
   McCarthy Holthus Levine
8  3636 North Central Ave., Suite 1050
9  Phoenix, AZ 85012
   Attorneys for Midfirst Bank
10 and Midland Mortgage Company

11
   Geoffrey S. Kercsmar
12 Jenessa G. B. Coccaro
   KERCSMAR & FELTUS PLLC
13 6263 N. Scottsdale Road, Suite 320
   Scottsdale, Arizona 85250
14 Attorneys for Defendant Wells Fargo Bank, N.A.

15

16   /s/   C. Short

17