1  Paul M. Levine, Esq. (007202)
   Matthew Silverman, Esq. (018919)
2  Jessica Kenney, Esq. (026615)
   **MCCARTHY ◆ HOLTHUS ◆ LEVINE**
3  8502 E. Via de Ventura Way, Suite #200
   Scottsdale, Arizona 85254
4  plevine@mhlevine.com
   *Attorneys for Defendants Quality Loan Services Corp.*
5  *Midfirst Bank*
   *Midland Mortgage Company*

6

### IN THE UNITED STATES DISTRICT COURT

7

### FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| In re the Matter of: | Case No.: CV-09-01853-PHX-FJM |
| **Martha Rodrigues,** a single woman, | |
| Plaintiff | |
| vs,. | **DEFENDANTS MIDFIRST BANK AND MIDLAND MORTGAGE COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT RE: COUNT I.** |
| **QUALITY LOAN SERVICE CORP.** a California corporation licensed to do business in the State of Arizona, **Midfirst BANK,** a nationally chartered bank, and their subsidiary **MIDLAND MORTGAGE COMPANY,** an Oklahoma Corporation to do business in the State of Arizona**, WELLS FARGO BANK, N.A.,** a nationally banking association licensed to do business in the State of Arizona**. TRES AMIGOS PROPERTIES, LLC,** an Arizona limited liability company, **XYZ CORPORATION 1-10, JOHN and JANE DOES 1-10, BLACK PARTNERSHIPS 1-10** | (Assigned to the Honorable Frederick J. Martone)

(Oral Argument Requested) |
| Defendants. | |

21    Defendant, Midfirst Bank ("Midfirst") and Midland Mortgage Company ("Midland), by and

22  through their counsel undersigned, submit this Reply in Support of their Motion for Summary

AZ10-4687

Judgment RE: Count I.  Plaintiff has not shown that there is any genuine issue as to any material fact.  Accordingly, Defendants' Motion should be granted.

The essence of Plaintiff's argument is that Thaddeus Burr, Midfirst's Vice President, who signed the Declaration, "has not testified that he visually verified the ownership of the Note." (Response, p. 4.)  While that statement, by and of itself, may be true, Mr. Burr stated that on February 25, 2009, the date the Trustee noticed the trustee sale and on June 30, 2009, the date of the Trustee Sale, Midfirst was the owner and holder of the Note and that it was held for safekeeping at Midfirst's Custodial Facility at 2730 North Portland in Oklahoma City, Oklahoma.  It is no surprise that Mr. Burr has not visually seen the Note, since the Note is one of thousands held at Midfirst Custodial Facility. Even Plaintiff concedes on this issue, stated: "If the Note in question has been found and indentified [sic], Movants' need only demonstrate their possession of the Note to be dismissed by Plaintiff." (Response, p. 3.)  That is precisely what Defendants have shown, through Mr. Burr's Declaration.

Plaintiff has not shown that there is any genuine issue of material fact.  Plaintiff has not filed a proper Rule 56(f) Affidavit, which requires that a party state specified reasons why it cannot present facts essential to justify the opposition.  The response simply says that Plaintiff "has filed or will file a Motion to Produce the Note in Question. (Response, p. 3.)  However, no Rule 56 Affidavit or Request for Production has been filed or propounded, respectfully.

Count I of Plaintiff's Complaint alleges "Lack of Standing by Midland."  Midland has established that it had "standing" and the right to conduct the trustee's sale.  Plaintiff has not controverted any facts established by Defendants.  No genuine issues of material fact exists and Defendants Motion for Summary Judgment Re Count I should be granted.  In addition, Defendants are entitled to an award of attorneys' fees pursuant to A.R.S. § 12-341.01.

AZ10-4687

1  RESPECTFULLY submitted this 31st day of August, 2010.

2  **MCCARTHY ◆ HOLTHUS ◆ LEVINE**

3

4  /s/Paul M. Levine
Paul M. Levine
5  Matthew Silverman
Jessica R, Kenney
6  8502 E. Via de Ventura Way,
Suite #200
7  Scottsdale, Arizona 85258
Phoenix, Arizona  85012
8  Attorneys for Defendants

9  **ORIGINAL** e-filed with the
Clerk of United States District
10  Court this 31st day of August, 2010

11  COPY sent via email this 31st day of
August, 2001 to the following:
12

HONORABLE FREDERICK J. MARTONE
13  United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 526
14  401 West Washington Street, SPC 62
Phoenix, AZ 85003-2158
15

Joseph W. Charles, P.C.
16  5704 West Palmaire Avenue
P.O. Box 1737
17  Glendale, Arizona 85311-1737

18  By/s/Joan B. Pyles

19

20

21

22

23

24  AZ10-4687