Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica Kenney, Esq. (026615)
**MCCARTHY ◆ HOLTHUS ◆ LEVINE**
8502 E. Via de Ventura Way, Suite #200
Scottsdale, Arizona 85254
plevine@mhlevine.com
*Attorneys for Defendants Quality Loan Services Corp.*
*Midfirst Bank*
*Midland Mortgage Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re the Matter of:<br>**Martha rodrigues,** a single woman,<br><br>Plaintiff<br><br>vs,.<br><br>**QUALITY LOAN SERVICE CORP.** a California corporation licensed to do business in the State of Arizona, **Midfirst BANK,** a nationally chartered bank, and their subsidiary **MIDLAND MORTGAGE COMPANY,** an Oklahoma Corporation to do business in the State of Arizona**, WELLS FARGO BANK, N.A.,** a nationally banking association licensed to do business in the State of Arizona**. TRES AMIGOS PROPERTIES, LLC,** an Arizona limited liability company, **XYZ CORPORATION 1-10, JOHN and JANE DOES 1-10, BLACK PARTNERSHIPS 1-10**<br><br>Defendants. | Case No.: CV-09-01853-PHX-FJM<br><br>**STIPULATION TO FILE REPLY RE: DEFENDANTS MIDFIRST BANK AND MIDLAND MORTGAGE COMPANIES MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT RE: COUNT I**<br><br>(Assigned to the Honorable Frederick J. Martone)<br><br>(Oral Argument Requested)) |

Plaintiff, Martha Rodrigues, and Defendants, Midfirst Bank and Midland Mortgage Company, by and through their counsel undersigned, hereby stipulate that Defendants shall have until August 31, 2010 to file their Reply in Support of Motion for Summary Judgment or, in the

AZ10-4687

alternative, Motion for Summary Judgment Re: Count I. This Stipulation is made in good faith and not for purposes of delay or prejudice.

**MCCARTHY ◆ HOLTHUS ◆ LEVINE**

/s/Paul M. Levine
Paul M. Levine
Matthew Silverman
Jessica R, Kenney
8502 E. Via de Ventura Way, Suite 200
Scottsdale, Arizona 85258
Phoenix, Arizona 85012
Attorneys for Defendants

/s/Joseph W. Charles
Joseph W. Charles, P.C.
5704 West Palmaire Avenue, P.O. Box 1737
Glendale, Arizona 85311-1737
Attorney for Plaintiff

Clerk of United States District
Court this lst day of September, 2010

COPY hand delivered this lst day
of September, 2010 to the following:

HONORABLE FREDERICK J. MARTONE
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 526
401 West Washington Street, SPC 62
Phoenix, AZ 85003-2158

By:   /s/Joan B. Pyles

AZ10-4687