# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Martha Rodriguez, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 09-1853-PHX-FJM |
| | ) | |
| v. | ) | |
| | ) | |
| Quality Loan Service Corp., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 2, 2010, judgment is entered in favor of all defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

RICHARD H. WEARE
District Court Executive/Clerk

September 2, 2010

 s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)